IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KWIKSET CORPORATION and NEWFREY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MASTER LOCK COMPANY LLC, <br><br> Defendant. | ) ) ) ) ) C.A. No. 08-170-SLR ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

## MASTER LOCK COMPANY LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., defendant Master Lock Company LLC discloses that it is a wholly owned subsidiary of Fortune Brands, Inc. and that no other publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jonathan H. Margolies
Katherine W. Schill
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Ave., Suite 3300
Milwaukee, WI 53202-4108
Tel: (414) 271-6560

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: April 11, 2007
859611 / 32966

*Attorneys for Defendant*
*Master Lock Company LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 11, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL, LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899<br>tgrimm@mnat.com | Raymond P. Niro<br>Dean D. Niro<br>Patrick F. Solon<br>David J. Mahalek<br>Tahiti Arsulowicz<br>NIRO, SCAVONE, HALLER & NIRO<br>181 W. Madison, Suite 4600<br>Chicago, IL  60602<br>rniro@nshn.com<br>dniro@nshn.com<br>solon@nshn.com<br>mahalek@nshn.com<br>arsulowicz@nshn.com |

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

859802 / 32966