IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KWIKSET CORPORATION and NEWFREY LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MASTER LOCK COMPANY LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 08-170-SLR<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jonathan H. Margolies, Katherine W. Schill, and Jacob E. Miota of Michael Best & Friedrich LLP, 100 East Wisconsin Avenue, Suite 3300, Milwaukee, WI 53202-4108 to represent Defendant Master Lock Company LLC in this matter.

                                          POTTER ANDERSON & CORROON LLP

                                          By: */s/ David E. Moore*
                                                Richard L. Horwitz (#2246)
                                                David E. Moore (#3983)
                                                Hercules Plaza, 6th Floor
                                                1313 N. Market Street
                                                Wilmington, Delaware 19801
                                                Tel: (302) 984-6000
                                                rhorwitz@potteranderson.com

Dated: April 16, 2008                      dmoore@potteranderson.com
860063 / 32966

                                          *Attorneys for Defendant*
                                          *Master Lock Company LLC*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                                      _____
                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: April 16, 2008            Signed:        */s/ Jonathan H. Margolies*
                                                Jonathan H. Margolies
                                                Michael Best & Friedrich LLP
                                                100 East Wisconsin Avenue
                                                Suite 3300
                                                Milwaukee, WI 53202-4108
                                                Tel: (414) 225-2784
                                                jhmargolies@michaelbest.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: April 16, 2008          Signed:     */s/ Katherine W. Schill*
                                          Katherine W. Schill
                                          Michael Best & Friedrich LLP
                                          100 East Wisconsin Avenue
                                          Suite 3300
                                          Milwaukee, WI 53202-4108
                                          Tel: (414) 223-2527
                                          kwschill@michaelbest.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 16, 2008         Signed:    */s/ Jacob E. Miota*
                                        Jacob E. Miota
                                        Michael Best & Friedrich LLP
                                        100 East Wisconsin Avenue
                                        Suite 3300
                                        Milwaukee, WI 53202-4108
                                        Tel: (414) 223-2538
                                        jemiota@michaelbest.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 16, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 16, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL, LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899<br>tgrimm@mnat.com | Raymond P. Niro<br>Dean D. Niro<br>Patrick F. Solon<br>David J. Mahalek<br>Tahiti Arsulowicz<br>NIRO, SCAVONE, HALLER & NIRO<br>181 W. Madison, Suite 4600<br>Chicago, IL 60602<br>rniro@nshn.com<br>dniro@nshn.com<br>solon@nshn.com<br>mahalek@nshn.com<br>arsulowicz@nshn.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

859802 / 32966