IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KWIKSET CORPORATION and NEWFREY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MASTER LOCK COMPANY LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 08-170-SLR <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on May 19, 2008, upon the following attorneys of record at the following addresses as indicated:

> MASTER LOCK COMPANY LLC'S INITIAL DISCLOSURES
> PURSUANT TO RULE 26(a)

**VIA HAND DELIVERY & VIA ELECTRONIC MAIL**

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com

**VIA ELECTRONIC MAIL**

Raymond P. Niro
Dean D. Niro
Patrick F. Solon
David J. Mahalek
Tahiti Arsulowicz
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
rniro@nshn.com
dniro@nshn.com
solon@nshn.com
mahalek@nshn.com
arsulowicz@nshn.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jonathan H. Margolies
Katherine W. Schill
Jacob E. Miota
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Ave., Suite 3300
Milwaukee, WI 53202-4108
Tel: (414) 271-6560

Dated: May 19, 2008
865311 / 32966

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Master Lock Company LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 19, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 19, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com

Raymond P. Niro
Dean D. Niro
Patrick F. Solon
David J. Mahalek
Tahiti Arsulowicz
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
rniro@nshn.com
dniro@nshn.com
solon@nshn.com
mahalek@nshn.com
arsulowicz@nshn.com

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

859802 / 32966