IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KWIKSET CORPORATION and NEWFREY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MASTER LOCK COMPANY LLC, <br><br> Defendant. | C.A. No. 08-170-SLR <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on May 20, 2008, upon the following attorneys of record at the following addresses as indicated:

>   DEFENDANT'S FIRST SET OF INTERROGATORIES TO
>   PLAINTIFFS
>
>   DEFENDANT'S FIRST REQUEST FOR PRODUCTION
>   OF DOCUMENTS TO PLAINTIFFS

**VIA HAND DELIVERY & VIA ELECTRONIC MAIL**

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com

**VIA ELECTRONIC MAIL**

Raymond P. Niro
Dean D. Niro
Patrick F. Solon
David J. Mahalek
Tahiti Arsulowicz
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
rniro@nshn.com
dniro@nshn.com
solon@nshn.com
mahalek@nshn.com
arsulowicz@nshn.com

                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:                     By: */s/ David E. Moore*
                                         Richard L. Horwitz (#2246)
Jonathan H. Margolies         David E. Moore (#3983)
Katherine W. Schill            Hercules Plaza 6th Floor
Jacob E. Miota                  1313 N. Market Street
MICHAEL BEST & FRIEDRICH LLP    P.O. Box 951
100 East Wisconsin Ave., Suite 3300   Wilmington, DE 19899
Milwaukee, WI 53202-4108      Tel: (302) 984-6000
Tel: (414) 271-6560             rhorwitz@potteranderson.com
                                         dmoore@potteranderson.com

Dated: May 20, 2008           *Attorneys for Defendant*
865589 / 32966                    *Master Lock Company LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 20, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 20, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com

Raymond P. Niro
Dean D. Niro
Patrick F. Solon
David J. Mahalek
Tahiti Arsulowicz
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
rniro@nshn.com
dniro@nshn.com
solon@nshn.com
mahalek@nshn.com
arsulowicz@nshn.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

859802 / 32966