IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KWIKSET CORPORATION and NEWFREY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-170 (SLR) |
| MASTER LOCK COMPANY LLC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiffs' Response to Master Lock's First Set of Interrogatories* were caused to be served on June 19, 2008, upon the following in the manner indicated:

**BY E-MAIL and FIRST CLASS MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jonathan H. Margolies
Katherine W. Schill
Jacob E. Miota
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Thomas C. Grimm* |
| | Thomas C. Grimm (#1098) |
| | 1201 N. Market Street |
| *OF COUNSEL:* | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| Raymond P. Niro | (302) 658-9200 |
| Dean D. Niro | tgrimm@mnat.com |
| Patrick F. Solon | *Attorneys for Plaintiffs* |
| David J. Mahalek | |
| Tahiti Arsulowicz | |
| NIRO, SCAVONE, HALLER & NIRO | |
| 181 W. Madison, Suite 4600 | |
| Chicago, IL  60602 | |
| (312) 236-0733 | |

June 24, 2008
2381556

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

      I also certify that on June 24, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Jonathan H. Margolies
Katherine W. Schill
Jacob E. Miota
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

2381556