IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KWIKSET CORPORATION and NEWFREY LLC, : : : | |
| Plaintiffs, : : | |
| v. : : | C. A. No. 08-170-SLR |
| MASTER LOCK COMPANY LLC, : : | |
| Defendant. : | |

## ORDER

At Wilmington this **18th** day of **August, 2008.**

IT IS ORDERED that for the mediation scheduled for Wednesday, September 17, 2008 at 10:00 a.m. **dress is casual.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE